**NEW HAMPSHIRE INDEMNITY COMPANY, INC., Plaintiff–Counter–Defendant–Appellee,**

v.

**Donna REID, as Personal Representative of the Estate of Jonathan Merlino, deceased, Helen Kearns, as Personal Representative of the Estate of Eric Scott Kearns, deceased, Defendants–Counter–Claimants–Appellants.**

No. 07–11731.

United States Court of Appeals, Eleventh Circuit.

Sept. 19, 2008.

Jeffrey K. Green, Law Office of Katz and Green, Palm Coast, FL, for Defendants–Counter–Claimants–Appellants.

David Andrew Fugett, Young, Bill, Fugett & Roumbos, P.A., Pensacola, FL, for Plaintiff–Counter–Defendant–Appellee.

Before ANDERSON, BARKETT and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court is due to be affirmed. We have carefully reviewed the relevant Florida case law, and have compared the instant facts against the facts in those cases. We conclude that a reasonable jury would have to conclude under the facts of this case, and in light of the Florida case law, that Anderson, Jr. had moved out of his parents' home and was living apart in the duplex. The fact that he was receiving some financial support from his parents is not alone sufficient to make him a member of the family under the policy and the case law.

AFFIRMED.